Entered: December 23, 2014
Signed:  December 23, 2014

**SO ORDERED**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   14–24587 – RAG     Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven Anthony Sayegh
*debtor has no known aliases*
6705 Deep Run Parkway
Elkridge, MD 21075

Social Security No.:   xxx–xx–2660

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 9/18/14.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Zvi Guttman is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *yoliver*